UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No. **CR 17-187-JFW** |
| Plaintiff, | ) ) | **AMENDED JUDGMENT RE: VIOLATION OF SUPERVISED** |
| v. | ) ) | **RELEASE** |
| Albert Devinson Robinson, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

WHEREAS, on September 24, 2021, the attorney for the government, the Defendant Albert Devinson Robinson and his counsel, James S. Threatt, DFPD, appeared before the Court; and the Defendant admitted allegation numbers 1, 2, 3, 4,and 5 of the Petition on Probation and Supervised Release filed on March 12, 2021.

WHEREAS, the Court having asked the Defendant why judgment should not be pronounced and no cause to the contrary appearing to the Court:

IT IS HEREBY ORDERED that the Defendant's supervised release be revoked, vacated and set-aside.

IT IS ADJUDGED that the Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **time served**.

IT IS FURTHER ADJUDGED that Defendant shall be placed on supervised release for a term of 34 months, upon the same terms and conditions previously imposed, with the following additional special conditions:

1. The Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. The Defendant shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility.

3. The Defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the Defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the Defendant, and by any Probation Officer in the lawful discharge of the officer's supervision functions.

Defendant is informed of his right to appeal.

Dated: September 27, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

*It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.*

KIRY GRAY, CLERK

s/ Jennifer Graciano
Jennifer Graciano, Deputy Clerk

